IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY_____D.C.

05 MAY 17 PM 4:17

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W. D. OF TN JACKSON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Cr. No. 05-10025-T/An

DJUAN JONES,

    Defendant.

### ORDER ON ARRAIGNMENT

This cause came to be heard on May 17, 2005. The Assistant United States Attorney appeared on behalf of the government, and the defendant appeared in person and with the following counsel, who is retained:

NAME:     Wayne Dewees
ADDRESS:

TELEPHONE:

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

The defendant, who is not in custody, may stand on his present bond.

_S. Thomas Anderson_
S. THOMAS ANDERSON
United States Magistrate Judge

Charges:     felon in possession of a firearm

Assistant U.S. Attorney assigned to case:

Rule 32 was: _____ waived _____ not waived.



This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5/18/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 1:05-CR-10025 was distributed by fax, mail, or direct printing on May 18, 2005 to the parties listed.

---

Wayne T. DeWees
LAW OFFICES OF WAYNE T. DEWEES
107 N. Main St.
Bolivar, TN 38008

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT