

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

vs                                            CR NO. 1:05-10025-01-T

DJUAN JONES

ORDER ON CHANGE OF PLEA

This cause came on to be heard on August 23, 2005, Assistant U. S. Attorney, Victor Lee Ivy, appearing for the government, and the defendant appeared in person and with counsel, Wayne T. DeWees, who was retained.

With leave of the Court, the defendant withdrew the Not Guilty Plea heretofore entered and entered a plea of GUILTY as charged in Counts 1 and 6 of the Indictment.

This case has been set for sentencing on **Wednesday, November 16, 2005, at 8:30 A.M.**

The defendant is allowed to remain on his present bond.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE
DATE: 23 August 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  8/24/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 1:05-CR-10025 was distributed by fax, mail, or direct printing on August 24, 2005 to the parties listed.

---

Wayne T. DeWees
LAW OFFICES OF WAYNE T. DEWEES
107 N. Main St.
Bolivar, TN 38008

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT