IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

vs    CR NO 05-10025-01-T

DJUAN JONES

### ORDER REVOKING BOND

Upon oral motion of the Assistant U. S. Attorney, Jerry Kitchen, for reason stated in open court, the defendant's bond is hereby revoked and the defendant remanded to the custody of United States Marshal.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

21 November 2005
DATE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  11/23/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 1:05-CR-10025 was distributed by fax, mail, or direct printing on November 23, 2005 to the parties listed.

---

Wayne T. DeWees
LAW OFFICES OF WAYNE T. DEWEES
107 N. Main St.
Bolivar, TN 38008

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT