FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| VS. | ) No. 05-10025-T-An |
| DJUAN JONES, | ) |
| Defendant. | ) |

## ORDER DENYING MOTION
## TO BE ALLOWED TO WITHDRAW AS COUNSEL

Defense counsel has moved the court to allow him to withdraw. Sixth Circuit Rule 101 provides that "[t]rial counsel in criminal cases, whether retained or appointed by the district court, is responsible for the continued representation of the client on appeal until specifically relieved by this Court." Because defense counsel's motion should be directed to the Sixth Circuit Court of Appeals, the motion is DENIED.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

7 December 2005
DATE


This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 12/12/05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 31 in case 1:05-CR-10025 was distributed by fax, mail, or direct printing on December 12, 2005 to the parties listed.

---

Wayne T. DeWees
LAW OFFICES OF WAYNE T. DEWEES
107 N. Main St.
Bolivar, TN 38008

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT